UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

MYRON OTIS THOMAS                                                PETITIONER

v.                                                 CIVIL ACTION NO. 3:08-CV-P368-S

DIRECTOR TOM CAMPBELL                                RESPONDENT

## ORDER

For the reasons set forth in the Memorandum Opinion entered this date,

**IT IS ORDERED** that Petitioner's petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 is **DENIED** and the instant action is **DISMISSED without prejudice**.

A Certificate of Appealability pursuant to 28 U.S.C. § 2253(c) is **DENIED**.

Leave to appeal to the Court of Appeals *in forma pauperis* is **DENIED** because such an appeal would not be taken in good faith. Further requests for a Certificate of Appealability and for leave to appeal *in forma pauperis* should be directed to the Sixth Circuit Court of Appeals under Rules 22 and 24 of the Federal Rules of Appellate Procedure, respectively.

There being no just reason for delay in its entry, this is a final Order.

Date:

cc:     Petitioner, *pro se*
        Respondent
        Attorney General, Commonwealth of Kentucky, Office of Criminal Appeals,
          1024 Capital Center Drive, Frankfort, KY 40601

4411.009